UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAVID P. GIBBS,

    Plaintiff,

  v.

UNION PACIFIC RAILROAD
COMPANY,

    Defendant.

Case No. 08-cv-355-JPG

**MEMORANDUM AND ORDER**

    This matter comes before the Court on the Bill of Costs filed by Defendant Union Pacific Railroad Company (Doc. 35).  The Bill of Costs stems from this Court's Order (Doc. 34) denying Defendant's Motion to Dismiss as a Discovery Sanction (Doc. 23), wherein the Court ordered Plaintiff David P. Gibbs to pay the reasonable costs and attorney's fees incurred by Defendant and related to interrogatories regarding Count I directed to Plaintiff, the deposition of Plaintiff, and the examination of Plaintiff by Dr. R. Peter Mirkin.  Plaintiff filed a Motion to Reconsider Discovery Sanctions (Doc. 37), which this Court denied (Doc. 40).  The time for objections to the Bill of Costs has passed, and none have been filed.

    The total amount of costs claimed by Defendant, $7,310.95, appears to be reasonable and represents only those costs ordered by the court.  Furthermore, the costs are properly itemized, and the applicable attorney's fees are set at a reasonable rate.

    Accordingly, the Court **GRANTS** the Bill of Costs filed by Defendant Union Pacific

Railroad Company (Doc. 35) in the amount of **$7,310.95 (seven thousand three hundred and ten dollars and ninety-five cents)**.

**IT IS SO ORDERED.**
**DATED: August 27, 2009**

                s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**