IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DAVID P. GIBBS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 08-cv-355-JPG |
| | ) |
| **UNION PACIFIC RAILROAD COMPANY,** | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED:** January 12, 2010

NANCY J. ROSENSTENGEL, Clerk of Court

By:s/Deborah Agans, Deputy Clerk


APPROVED:   *s/J. Phil Gilbert*
           J. PHIL GILBERT
           U. S. DISTRICT JUDGE